# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP QUARTARARO, derivatively on behalf of ZYNERBA PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO ANIDO, JAMES E. FICKENSCHER, JOHN P. BUTLER, WARREN D. COOPER, WILLIAM J. FEDERICI, THOMAS L. HARRISON, DANIEL L. KISNER, KENNETH I. MOCH, and PAMELA STEPHENSON,<br><br>    Defendants.<br><br>ZYNERBA PHARMACEUTICALS, INC.,<br><br>    Nominal Defendant. | Civil Action No. 1:20-cv-00557-CFC |

**JOINT STIPULATION STAYING PROCEEDINGS AND DEFENDANTS'
OBLIGATION TO RESPOND TO COMPLAINT**

Plaintiff Philip Quartararo, derivatively on behalf of Zynerba Pharmaceuticals, Inc. ("Plaintiff"), Defendants Armando Anido, James E. Fickenscher, John P. Butler, Warren D. Cooper, William J. Federici, Thomas L. Harrison, Daniel L. Kisner, Kenneth I. Moch, and Pamela Stephenson ("Individual Defendants"), and Nominal Defendant Zynerba Pharmaceuticals, Inc. ("Zynerba") (collectively, "Defendants" and, with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, the above-captioned action was filed on April 24, 2020 (the "Action");

WHEREAS, on October 23, 2019, *Whiteley v. Zynerba Pharmaceuticals, Inc. et al.* ("*Whiteley*"), Case No. 2:19-cv-04959-NIQA, a securities class action, was filed in the United

States District Court for the Eastern District of Pennsylvania (the "Pennsylvania Court");

WHEREAS, the allegations in the Action are related to the allegations in the *Whiteley* action;

WHEREAS, the defendants in the *Whiteley* action (Zynerba and Messrs. Anido and Fickenscher) have moved to dismiss that action;

WHEREAS, the briefing on the defendants' motion to dismiss in the *Whiteley* action is scheduled to be completed on July 8, 2020;

WHEREAS, each of the Defendants, through their counsel, have executed waivers of service, which were sent on May 1, 2020, in the Action, *see* D.I. 3-12;

WHEREAS, Defendants' responses to the complaint in the Action are currently due on June 30, 2020, *see id.*;

WHEREAS, Defendants anticipate that they may move to dismiss the complaint in the Action;

WHEREAS, the Parties in the Action agree that it is in the interests of judicial economy and the convenience of the Parties to stay the Action, pending the resolution of the motion to dismiss in the *Whiteley* action;

**ACCORDINGLY, IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED**, by and between the Parties, subject to the approval of the Court, as follows:

1. The Parties agree that the Action shall be stayed until the Pennsylvania Court rules on the motion to dismiss that is currently pending in the *Whiteley* action.

2. Individual Defendants and Nominal Defendant Zynerba shall not be required to answer, move, plead, or otherwise respond to the complaint filed in the Action until after the Pennsylvania Court rules on the motion to dismiss in the *Whiteley* action.

3.     The Parties' agreement to this stipulation shall not prejudice in any respect their right to seek or oppose a further stay of the Action or to move for or oppose a transfer of venue, and Plaintiff shall not assert that any delay by Defendants in pursuing a further stay or seeking transfer on account of this stipulation as a basis for denying such relief upon the expiration of the stay contemplated herein.

4.     Notwithstanding the voluntary stay of the Action, Plaintiff may amend his complaint during the pendency of the stay.  Individual Defendants and Nominal Defendant Zynerba shall not be required to move, answer, plead, or otherwise respond to the complaint or any amended complaint during the pendency of the stay of proceedings.

5.     Individual Defendants and Nominal Defendant Zynerba shall notify Plaintiff if any other shareholder derivative proceedings are initiated, including but not limited to the filing of a summons and complaint purportedly on behalf of Zynerba, or if a shareholder makes a demand for inspection of documents, in either case, based on the same or similar set of factual allegations as alleged in the Action.

6.     In the event any other stockholder derivative proceedings are initiated on behalf of Zynerba in this District based on the same set of factual allegations as alleged in this Action, this stay shall not apply to any motions, stipulations, or any other related filings, pertaining to consolidation of such actions and/or appointment of lead plaintiff(s) and lead and liaison counsel(s).

7.     The Parties agree that while the Action is stayed, in the event that a mediation is held in an effort to settle the *Whiteley* action, Individual Defendants and Nominal Defendant Zynerba will provide Plaintiff with reasonable advance notice of, and allow Plaintiff to participate in, the mediation.

8.	For the avoidance of doubt, the stay of the Action includes a stay of any and all discovery in this Action.

9.	The Parties shall submit a proposed schedule for Defendants to respond to the complaint filed in the Action within ten (10) days following a ruling on the motion to dismiss in the *Whiteley* action.

Dated:  May 29, 2020

| DELEEUW LAW LLC<br><br>BY: *P. Bradford deLeeuw*<br>P. Bradford deLeeuw (#3569)<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>(302) 274-2180<br><br>BRAGAR EAGEL & SQUIRE, P.C.<br>Melissa A. Fortunato<br>Garam Choe<br>885 Third Avenue, Suite 3040<br>New York, New York 10022<br>(212) 355-4648<br><br>*Counsel for Plaintiff* | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>BY: */s/ Robert M. Vrana*<br>Tammy L. Mercer (No. 4957)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>DECHERT LLP<br>David H. Kistenbroker<br>   (*pro hac vice* application forthcoming)<br>35 West Wacker Drive<br>Suite 3400<br>Chicago, IL 60601-1608<br>(312) 646-5800<br><br>Michael S. Doluisio<br>   (*pro hac vice* application forthcoming)<br>Tiffany Engsell<br>   (*pro hac vice* application forthcoming)<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000<br><br>*Counsel for Defendants* |
|---|---|

**IT IS SO ORDERED:**

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

DATE: _____