IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ZYNERBA PHARMACEUTICALS, INC. DERIVATIVE LITIGATION | C.A. No. 20-cv-557-CFC |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiffs Phillip Quartararo and Dmitry Itkis ("Derivative Plaintiffs") hereby move this Court, pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, for entry of an order: (1) granting preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated April 28, 2021 (the "Stipulation")[1]; (2) approving the Parties' proposed method and manner of providing notice of the Settlement to Zynerba Pharmaceuticals, Inc. stockholders; (3) scheduling a hearing at which time the Court will consider whether the proposed Settlement should be granted final approval; and (4) granting such other relief as the Court deems just and proper.    In support of this motion, Derivative Plaintiffs rely upon the accompanying Brief in Support, the Declaration of Brian E. Farnan in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Declartion"), the Stipulation and exhibits annexed thereto, and all prior

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Brian E. Farnan in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

1

pleadings and proceedings.

The Parties' agreed-upon form of proposed Preliminary Approval Order is attached as Exhibit C to the Stipulation attached to the Declaration. Derivative Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and insert a date for the final settlement hearing in paragraph 2.

Defendants do not oppose this motion.

| | |
|---|---|
| Dated: May 7, 2021 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Garam Choe<br>BRAGAR EAGEL & SQUIRE, P.C.<br>810 Seventh Avenue, Suite 620<br>New York, NY 10019<br>Telephone: (212) 355-4648 | /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300 |
| Timothy Brown<br>THE BROWN LAW FIRM, P.C.<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>Telephone: (516) 922-5427 | DELEEUW LAW LLC<br><br>/s/ P. Bradford deLeeuw<br>P. Bradford deLeeuw (#3569)<br>1301 Walnut Green Road<br>Wilmington, DE 19807<br>Telephone: (302) 274-2180 |
| *Co-Lead Counsel for Plaintiffs* | *Co-Liaison Counsel for Plaintiff* |

2